JAYME B. SULLIVAN
BOISE CITY ATTORNEY

Mary R. Grant
Deputy City Attorney
CITY OF BOISE
OFFICE OF THE CITY ATTORNEY
P.O. Box 500
Boise, ID 83701-0500
Telephone: (208) 608-7950
Idaho State Bar Number: 8744
E-mail: BoiseCityAttorney@cityofboise.org

Attorneys for Defendant City of Boise

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHARON GALLOWAY,<br>an individual,<br><br>                Plaintiff,<br><br>     v.<br><br>BOISE CITY/ADA COUNTY HOUSING<br>AUTHORITIES, a public corporation, CITY<br>OF BOISE, a municipality, ADA COUNTY,<br>a public corporation,<br><br>                Defendants. | Case No. 1:20-cv-00136-CWD<br><br><br>**MOTION TO DISMISS CITY OF<br>BOISE** |

COMES NOW Defendant, City of Boise, and requests the Court dismiss the action as to

this Defendant for lack of subject-matter jurisdiction pursuant to Idaho Rules of Civil Procedure

(I.R.C.P.) 12(b)(1) and failure to state a claim upon which relief can be granted pursuant to I.R.C.P.

12(b)(6).  Where a Court considers matters outside of the pleadings, the motion to dismiss shall be

treated as one for summary judgment under I.R.C.P. 56.  The Court should grant summary

MOTION TO DISMISS CITY OF BOISE - 1

judgment on the grounds that Plaintiff fails to allege facts, which if true, subject the City of Boise

to any liability and because no genuine issue as to any material fact exists as to whether Plaintiff

presented proper notice of her claims to the City prior to initiating suit.  Accordingly, Defendant

is entitled to judgment as a matter of law for lack of subject matter jurisdiction and failure to state

a claim.

This motion is supported by a memorandum and two declarations filed contemporaneously

with this motion.  Defendant requests an evidentiary hearing on this motion.

DATED this __14th__ day of April 2020.

OFFICE OF THE CITY ATTORNEY

_____/s/ Mary S. Grant_____
MARY R. GRANT, Deputy City Attorney
Attorney for Defendant City of Boise

MOTION TO DISMISS CITY OF BOISE - 2

## CERTIFICATE OF SERVICE

I hereby certify that I have on this ___14th___ day of April 2020, I electronically filed the

foregoing with the Clerk of Court using CM/ECF system which sent a Notice of Electronic Filing

to the following persons:

Jeffrey J. Hepworth
J. Grady Hepworth
HEPWORTH LAW OFFICE
Attorney at Law
2229 W. State Street
P.O. Box 2815
Boise, Idaho 83701-2815
courtservice@idalawyer.com
    *Attorneys for Plaintiff*

CATHERINE A. FREEMAN
Deputy Prosecuting Division
Ada County Prosecutor's Office
200 W. Front Street, Room 3191
Boise, Idaho 83702
civilpafiles@adacounty.id.gov
    *Attorney for Ada County*

        /s/ Mary S. Grant
        MARY R. GRANT
        Deputy City Attorney

MOTION TO DISMISS CITY OF BOISE - 3